IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 5:13-CR- |
| | : |
| vs. | : VIOLATION: 21 U.S.C. § 841(a)(1) |
| | :              21 U.S.C. § 841(b)(1)(C) |
| JUSTIN CHRISTOPHER MILLER and | :              18 U.S.C. § 2 |
| DARRELL DAVIS, A.K.A. "MOUTH" | : |

**THE GRAND JURY CHARGES:**

## COUNT ONE
## DISTRIBUTION OF COCAINE BASE

That on or about May 22, 2012, in the Macon Division of the Middle District of Georgia, the defendants,

**JUSTIN CHRISTOPHER MILLER and
DARRELL DAVIS, A.K.A. "MOUTH",**

aided and abetted by each other, did unlawfully, knowingly and intentionally distribute a schedule II controlled substance, to-wit: cocaine base, also known as "crack cocaine", in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

PRESENTED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
JULIA C. BOWEN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* ___14th___ *day of*
___March___, A.D. 20 13

_____
Deputy Clerk