**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 5:13-CR-25 (CAR)** |
| | : | |
| **DARRELL DAVIS, A.K.A. "MOUTH"** | : | |
| | : | |

**GOVERNMENT'S MOTION FOR A DETENTION HEARING**

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files this motion and requests the defendant in the above-styled case be detained pursuant to 18 U.S.C. § 3142(e) and (f), and in support of said motion shows the following:

1. <u>Eligibility of Case</u>.

This case is eligible for a detention order because this case involves (check all that apply):

☐ Crime of Violence (18 U.S.C. § 3156)

☐ Maximum sentence of life imprisonment or death

☒ 10 + year drug offense

☐ Felony, with two prior convictions in the above categories

☒ Serious risk the defendant will flee

☒ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>.

The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

- ☒ Defendant's appearance as required
- ☐ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.

The United States will invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e).  (If yes)  The presumption applies because (check one or more):

- ☐ Probable cause to believe defendant has been convicted of a Federal or State offense described in subsection (f)(1) of 18 U.S.C. §3142.
- ☒ Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under 18 U.S.C. § 924(c).
- ☐ Previous conviction for "eligible" offense committed while on pretrial bond.
- ☐ A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above.

4. <u>Time for Detention Hearing</u>.

The United States requests the Court conduct the detention hearing:

- ☐ At the initial appearance.
- ☒ After continuance of three (3) days (not more than three).

The United States requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

RESPECTFULLY SUBMITTED, this this 22nd day of March, 2013.

        MICHAEL J. MOORE
        UNITED STATES ATTORNEY

    BY: s/ JULIA C. BOWEN
        Georgia Bar Number 046709
        Assistant United States Attorney
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Email: julia.c.bowen@usdoj.gov

**CERTIFICATE OF SERVICE**

I, JULIA C. BOWEN, Assistant United States Attorney, hereby certify that I electronically filed the within and foregoing ***Government's Motion for a Detention Hearing*** by electronically filing said motion with the Clerk of the Court using the CM/ECF system and by hand delivering a copy to Defendant in Open Court.

This 22nd day of March, 2013.

                              MICHAEL J. MOORE
                              UNITED STATES ATTORNEY

BY:   s/ JULIA C. BOWEN
        Georgia Bar Number 046709
        Assistant United States Attorney
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Email: julia.c.bowen@usdoj.gov