IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DARRELL DAVIS,<br>Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent | Case No.: 5:13-CR-00025<br><br>28 U.S.C. § 2255 |

**PETITIONER'S SUPPLEMENTAL RESPONSE TO RESPONDENT'S MOTION TO DISMISS PETITIONER'S 28 U.S.C. 2255 MOTION AND PETITIONER'S MOTION TO WITHDRAW PETITIONER'S 28 U.S.C. 2255 MOTION**

On June 27, 2016, the Federal Defenders of the Middle District of Georgia, Inc., ("Federal Defenders") filed a *Motion to Correct Sentence Under 28 U.S.C. § 2255 & Hold in Abeyance Pending decision in Beckles* ("§2255 Motion") seeking to challenge the "residual clause" of the career offender sentencing guideline enhancement in light of the new rule of constitutional law announced in *Johnson v. United States*, 135 S. Ct. 2551 (2015), and made retroactively applicable to cases on collateral review in *Welch v. United States*, 136 S. Ct. 1257 (Apr. 18, 2016). (Doc. 94). On August 15, 2016, the Federal Defenders filed a Motion to Stay pending the *Beckles v. United States,* 136 S. Ct. 2510 (June 27, 2016), decision. (Doc. 96).

On September 28, 2016, the government filed a motion to dismiss Mr. Davis' §2255 Motion based on his prior predicate serious drug offenses. (Doc. 97). On November 3, 2016, the Federal Defenders filed a response to the government's motion to dismiss, stating that *Beckles* was set for oral argument on November 28, 2016 and requested the case be stayed pending the Supreme Court decision. (Doc. 98). In the alternative, if the Court found a stay was not warranted, the Federal Defenders requested that Mr. Davis' §2255 motion be dismissed without prejudice. (*Id.*).

On November 18, 2016, the Court ordered the Federal Defenders to supplement their response in regards to whether Mr. Davis is entitled to relief under *Beckles* and *Johnson.* (Doc. 100).

Following the Court's November 18, 2016 Order, the Federal Defenders reached out to the United States Probation Office, Middle District of Georgia, and obtained the necessary documentation for the 29 petitioners to determine their eligibility for relief under *Beckles* and *Johnson.*[1]

After review of Mr. Davis' court documents and prior convictions, Mr. Davis has two prior serious drug offenses (Eastman, Georgia, Superior Court, Sale of Cocaine, Docket #2001R-8967; Sale of Cocaine, Docket #2003R-9187**)** that were used to enhance him as a Career Offender. (Doc. 75 ). Because the *Beckles* case only addresses crimes of violence and not serious drug offenses, the outcome of *Beckles* will not affect Mr. Davis' case, unfortunately.

Accordingly, based on the Federal Defenders' review of Mr. Davis' case and his prior predicate serious drug offenses, the Federal Defenders respectfully request to withdraw the §2255 Motion or, in the alternative, request that the motion be dismissed without prejudice.

---

[1] The Federal Defenders reached out to the probation office for the necessary review documentation for all Career Offenders in August of 2016, and again on November 2, 2016. However, at that time, due to limited staffing, the probation office was not able to provide all the documents in order for the Federal Defenders to complete their review for Career Offenders, but was working on gathering them as quickly as they could.

Respectfully submitted this 2nd day of December, 2016.

                                                 *s /Jessica M. Lee*
                                                 JESSICA M. LEE
                                       GA Bar Number: 889820
                                      Counsel for Darrell Davis
                                         Federal Defenders of the
                                    Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Boulevard, Suite 400
                                            Macon, Georgia 31201
                                            Tel:  (478) 743-4747
                                            Fax:  (478) 207-3419
                                  E-mail:  Jessy_M_Lee@fd.org

**CERTIFICATE OF SERVICE**

I, Jessica M. Lee, hereby certify that on December 2, 2016, I electronically filed the foregoing *Petitioner's Supplemental Response to Respondents' Motion to Dismiss Petitioner's 28 U.S.C. 2255 Motion and Petitioner's Motion to Withdraw Petitioner's 28 U.S.C. 2255 Motion* with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

*s /Jessica M. Lee*
JESSICA M. LEE
GA Bar Number: 889820
Counsel for Darrell Davis
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Boulevard, Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
E-mail: Jessy_M_Lee@fd.org
